IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| CHRISTIE BURRELL, individually, and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>TOPPERS INTERNATIONAL, INC., a domestic profit corporation, DARNELL LEWIS GARDNER, individually, and SANDRA GARDNER, individually,<br><br>   Defendants. | *<br>*<br>*  CIVIL ACTION NO.: 3:15-CV-125-CDL<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT TOPPERS INTERNATIONAL, INC.

Defendant TOPPERS INTERNATIONAL, INC. comes now through its undersigned attorney, pursuant to the provisions of Local Rule 87, and states there are no parent nor subsidiary corporations, nor is there any publicly held company that owns ten percent or more of the stock of Toppers International, Inc.

          MCARTHUR, MCARTHUR & OVEREND, LLP

P. O. Box 893           By:   /s/ John Jay McArthur
Athens, GA 30603             JOHN JAY MCARTHUR
706-353-7736                 Georgia Bar No. 480725
fax 706-354-4713            Attorney for Defendants
john@mcarthurlaw.net

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| CHRISTIE BURRELL, individually, and on behalf of all others similarly situated, | *<br>*<br>* CIVIL ACTION NO.: 3:15-CV-125-CDL |
| Plaintiff, | *<br>* |
| v. | *<br>* |
| TOPPERS INTERNATIONAL, INC., a domestic profit corporation, DARNELL LEWIS GARDNER, individually, and SANDRA GARDNER, individually, | *<br>*<br>*<br>*<br>* |
| Defendants. | * |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing Corporate Disclosure Statement of Defendant Toppers International, Inc. upon Plaintiff by filing with the CM/ECF system, in the manner provided by law and by rule.

This 8th day of March, 2016.

/s/ John Jay McArthur
JOHN JAY MCARTHUR