# EXHIBIT C

## Dancer General Information

**Contacts:**

TOPPERS: 706-613-0504 (OPEN AT 7PM MON-SAT)

Wed & Thurs. BRANDI: 706-338-5594    Mon, Tues. & Sat. > Kim 706-391-0811
Friday

**Shifts:**

- You must work 4 days per week, with one of those shifts being Monday, Tuesday, or Wednesday to be able to work the weekend shifts. The only exception is if you attend school or work another job. Proof must be provided of your special situation. We must have proof! i.e... Work schedule or school schedule (that means a work schedule from your job or a print off from your school web site or registration office). IF you have proof and wish to only work the 3 days per week then you are still responsible for the fourth day house fee.
- You must arrive at work with hair and makeup done in a presentable manner. The only exception to this rule is if you arrive early and are still able to check in with the front door by your scheduled time. (For example, if you are scheduled at 7 pm, you cannot arrive at 6:45 and think you will have enough time to be ready at 7pm)
- When you arrive at work, check in with the door girl and pay your house fee upon arrival. If you are unable to pay your house fee then you are not allowed to work. The only exception will be is if you have documented proof, at that time, of an absence for being sick, death, etc. You must pay your house fee as soon as possible if your excuse is allowed.
- Once you check in, immediately go to the dressing room and get dressed(ready to work with expected attire and makeup)
- You have 15 minutes from your scheduled time to do your second check in with the door girl(s) and with the DJ. After your second check in you must immediately go onto the floor. Thus, the importance of being ready upon arrival at work. Failure to check in the second time of your scheduled shift,

you will be charged an extra $10.00 for every 15 minutes that you are not fully ready and checked in with the door girl(s) and the DJ.
- For example, if your schedule time is 7 PM:
  1st check in is 6:45 with the door upon arrival... Then you must check in again with the door and DJ at 7:15
- Late charges are as follows: First late charge is 10.00 for check in between 7:16 and 7:30. The second late fee is <u>another</u> 10.00 between 7:30 and 7:45 and the third late fee is <u>another</u> 10.00 between 7:45 and 8:00. So the amount of the house fee will be the amount of late charges PLUS the house fee for the next house fee time.
- **REMEMBER if you cannot work- you MUST notify the club house moms or you will receive a $200.00 fine for a "NO CALL NO SHOW".**
- If you must call out you will be required to have an excuse. Calls that you make to the house moms **must** be between 4-5 pm. If you do not call between those times it will make it hard to have your scheduled shift covered. Possible fines may result from the owner if you do not follow protocol. Finding someone to cover your shift for you might save you from a fine.

### TIP-OUT:
House fees:
Arrival at 7pm:   $20.00
Arrival at 8pm:   $30.00
Arrival at 9pm:   $40.00
Arrival at 10pm:  $50.00

### Staff tip out:
DJ: $10.00 or 10% whichever is greater

Bouncers: Monday- Thursday: $5.00 + (dependent upon money made)
Friday and Sat. - $10.00+ (dependent upon money made)

Scanned by CamScanner

House mom: $5.00 + (dependent upon money that was made)

If you haven't made over $100.00 then tip the minimum, but if you have made over that, then go off percentages. We expect all the dancers to be honest about their earnings for tip out percentages.

**Stage Sets:**

- You are expected to dance for 3 songs per your set. By the second song, you should be topless and by the third song you should be down to your G-string.
- Stay on the inside of the ledge. Do not cross the ledge and touch the customers. Fines for this will begin at $10.00 and go up from there.
- Must stay on the stage after third song of your set until the next dancer comes onto stage. For example, it is your third song and you are done dancing. You must stay until someone comes to relieve you.
- If you decide not to follow this rule a $20.00 fine will be imposed.
- Must stay up dancing on 1st song! $20.00 fine if not.

**Dances:**

Table Dances:
- Cost is $10.00
- Both feet should be on the floor at all times
- No touching the customers
- $10.00 fine will be given for illegal dances and fines will go up from there.

VIP Dances:
- $10.00 wristband must be bought from front door to have access for customers to VIP room.
- Wristbands are only valid for an hour and after the hour is up new wristband must be purchased.
- $30.00 fine will be imposed if customer does not have a wrist band on in VIP

Scanned by CamScanner

- Each lap dance cost $30.00 per song
- Topless, contact dance
- Must remove shoes for the dance, no exceptions!
- You are not excused from stage sets while in the VIP
- After 2 AM the customer no longer needs to have a wristband.

### Executive Rooms:

- The room must be established through the waitress on duty.
- For the duration of your executive room, you are excused from your stage sets.
- Remove your shoes.
- You must inform the DJ that you have an executive room so that he may dismiss you from the rotation for the time that you are in the executive room.
- You must not leave the room during the time that you are in executive for bathroom breaks, smoking breaks, etc. The only time that you are allowed to leave is if the customer is in violation of the rules and you must leave immediately and get mgmt. or bouncer.
- Fees:
  ½ hour: $25.00 room fee
  Minimum $150.00 for the dance

  -1 hour: $50.00 room fee
  Minimum $300.00 for the dance

### Topper's Dollars:

- In house currency that customers can acquire from their credit cards at the bar. They may use this currency during executives, VIP dances, table dances, or to tip on stage.

Scanned by CamScanner

- Note that when paying house fees you must add one dollar for every ten dollars that you pay for house fees due to the 10% take off.
  For example: If you pay $20.00 for house in Topper's dollars you will need to add two more Topper's dollars (or real dollars) to make that amount acceptable for your house fee payment.
- They may be used for house fees, staff tip-outs, drinks that you purchase at the bar, or you may ask for a voucher. (Which will be turned in for cash but will have a 10% fee taken off).
  A voucher can be turned in eight days after you have received it from the bar, at the beginning of your shift and could possibly be cashed that same night after the club closes. NOTE: this is not a guarantee!! You may turn it in until it is cashed.
- Vouchers may also be turned in at the door for house fee prepay system. Or you can keep it with you and turn in daily for house fee.
  NOTE: IF TERMINATED OR FIRED, VOUCHERS ARE NULL AND VOID!!

### Drinking:

- If you are noticeably drunk, you can and will be fined and put on drink restriction.
- When a customer asks you if you would like a drink! Always say YES!!! You may order water, sprite, or a Topper's Shot! *Make sure you always try to make money for the BAR!!!

### Business License:

- After you have been employed for a week then you must obtain a business license to remain employed at Toppers.
- To acquire an Athens business license go to: 375 Satula Ave Athens Ga 30601 (706) 613-3050-You must have the following documents: The business license paperwork and the 2nd and 3rd page has to be signed and notarized before you can pay and receive your license. (Banks etc. will notarize for you) Make sure you have your ID and the price range is between $55.00 to 60.00.

Scanned by CamScanner