# EXHIBIT D

Case 3:15-cv-00125-CDL   Document 63-7   Filed 03/08/17   Page 2 of 7

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| CHRISTIE BURRELL, individually, and on behalf of all others similarly situated, | * * |
| | * CIVIL ACTION NO.: 3:15-CV-125-CDL |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| TOPPERS INTERNATIONAL, INC., a domestic profit corporation, DARNELL LEWIS GARDNER, individually, and SANDRA GARDNER, individually, | * * * * * |
| Defendants. | * |

**DEFENDANT TOPPERS INTERNATIONAL, INC.'S RESPONSES TO PLAINTIFF CHRISTIE BURRELL'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT TOPPERS INTERNATIONAL, INC.**

TOPPERS INTERNATIONAL, INC., Defendant, through its undersigned attorney, hereby responds to Plaintiff Christie Burrell's First Request for Admissions to Defendant Toppers International, Inc., as follows:

1.

Admitted.

2.

Denied, as Plaintiff was never in Defendant's "employ" and she never worked at Toppers more than 40 hours in a work week.

3.

Denied. Not applicable, as Plaintiff never worked at Toppers more than forty (40) hours in a work week.

1

4.

Denied.  Not applicable, as Plaintiff never worked at Toppers more than forty (40) hours in a work week.

5.

Denied, as Plaintiff was never in the "employ" of Defendant.

6.

Admitted, because Plaintiff was not entitled to hourly wages nor other compensation under the arrangement with Defendant.

7.

Admitted.

8.

Denied.

9.

Admitted.

10.

Denied, as stated, but Plaintiff was requested to submit to the "housemom" a list of days upon which she wished to work each week.

11.

Denied.

12.

Admitted.

13.

Admitted.

14.

Admitted.

15.

Admitted.

16.

Admitted.

17.

Admitted.

18.

Admitted.

19.

Admitted.

20.

Admitted.

21.

Denied, as Plaintiff did not make any investments in the enterprise; however, Plaintiff was required to provide her own apparel, makeup, and time to work as an independent contractor at Toppers.

22.

Admitted.

23.

Admitted.

3

24.

Admitted.

25.

Denied, as stated, although Plaintiff was so encouraged.

26.

Denied.

27.

Denied, as stated, although Plaintiff was so encouraged.

28.

Denied, as stated, although Plaintiff was so encouraged.

29.

Denied, as stated, although Plaintiff was so encouraged.

30.

Admitted.

31.

Admitted that fines were sometimes assessed for rule violations but fines were not invariably required.

32.

Denied that work was performed by Plaintiff "for Defendant"; rather, her sole source of income as an exotic dancer pursuant to an independent contractor arrangement comprised tips from patrons.

33.

Denied.

34.

Denied.

35.

Denied, as stated.  Not applicable, as there were no "employees" — all entertainers were independent contractors.

36.

Admitted.

37.

Admitted.

38.

Admitted.

39.

Admitted.

40.

Admitted.

                MCARTHUR, MCARTHUR & OVEREND, LLP

| | |
|---|---|
| P. O. Box 893 | By:   /s/ John Jay McArthur |
| Athens, GA 30603 | JOHN JAY MCARTHUR |
| 706-353-7736 | Georgia Bar No. 480725 |
| john@mcarthurlaw.net | Attorney for TOPPERS INTERNATIONAL, INC. |

5

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| CHRISTIE BURRELL, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOPPERS INTERNATIONAL, INC., a domestic profit corporation, DARNELL LEWIS GARDNER, individually, and SANDRA GARDNER, individually,<br><br>Defendants. | *<br>*<br>*  CIVIL ACTION NO.: 3:15-CV-125-CDL<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing Defendant Toppers International, Inc.'s Responses to Plaintiff Christie Burrell's First Request for Admissions to Defendant Toppers International, Inc. by mailing a copy thereof to Plaintiff's attorney of record, *viz.:* Andrew Frisch, Esq., Morgan & Morgan, P.A., 600 N. Pine Island Road, Suite 400, Plantation, Florida 33324, and by emailing a copy thereof to AFrisch@forthepeople.com, all in the manner provided by law and by rule.

This  29th day of September, 2016.


/s/ John Jay McArthur
JOHN JAY MCARTHUR

6