# EXHIBIT H

# Independent contract Re-instatement Fee's

_____ has been caught doing the following inappropriate activity on
(date) _____by_____. Failure to pay Independent
Contact Re-Instatement Fee will result in Termination.  Any drug related instances
will result in immediate contract termination.

1.  $10    Use of cell phone while on the floor
2.  $10    Missing stage call
3.  $20    Missing stage call for 2nd time
4.  $40    Missing stage call for 3rd time
5.  $40    Straddling a customer on the floor(one foot must always remain on
            On the floor)
6.  $40    Allowing a customer to touch you while performing a lap dance
7.  $40    Sliding your G-string to the side
8.  20     Not having your top on when you are not dancing
9.  $40    Having your face in a customers' pelvis area
10.$60     Allowing a customer to have his shirt or pants undone
11.$100    Leaving with a customer
12.$40     Any type of abuse towards a customer
13.$40     Any type of negative gestures toward a customer while on stage
14.$40     Not dancing while on stage
15.$100    Any type of fondling of a customer
16.$20     Any type of insubordination towards management
17.$40     Not notifying bar staff before entering an executive Room
18.$10     Not notifying Management and Dj before getting ready to leave
19.$20     Taking your shoes off during a stage performance or floor dance
20.$10     Chewing gum on stage
21.$20     Physical contact longer than 15 seconds while dancing
22.$20     Staying on your knees for longer than 10 seconds
23.$20     Inappropriate behavior during lap dance or stage performance
24.$50     Bringing alcoholic beverages on premises
25.$100    Being sent home for being too intoxicated

26. $100   Drug paraphernalia on premises
27. $50    Fighting with another dancer
28. $200   No call No show
29. $50+   Underage Drinking
30. $10-1000    Anything that management deems worthy (ex: lying, stealing, deception, etc.)

Signature of Management_____

Signature of Dancer_____

Total Re-Instatement Fee_____

Scanned by CamScanner