# EXHIBIT I

## Dancer Check-In

| # | Dancer | Scheduled Time | Arrival Time | Late | Check In | Fine | Rolled | Pre-paid | Topper | Cash | Voucher | Pre-paid Used | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Demin | 7:00 | 7:00 | — | 7:37 | | | | | | | | ✓✓ |
| 2 | Essence | 7:00 | 6:30 | — | 6:50 | | | | 33 | 30 | | | |
| 3 | India | 7:00 | 6:58 | — | 7:10 | | | | 3 | 18 | | | ✓✓ |
| 4 | Kyrisma | 7:00 | 6:50 | — | 7:15 | $60 | | | | | | | |
| 5 | Shannon | 7:00 | 6:30 | — | 7:20 | | | | 33 | | | | ✓✓✓ |
| 6 | Lisa | 8:00 | 6:50 | — | 7:04 | | | | | 20 | | | |
| 7 | Nini | 8:00 | 7:30 | — | 7:40 | $100 | | | 40 | | | | |
| 8 | Emma | 6:00 | 8:38 | — | 8:50 | | | | 20 | 2 | | | |
| 9 | Peaches | N/S | 6:30 | — | 6:50 | | | | 55 | | | | |
| 10 | Daisy | N/S | 9:55 | — | 10:07 | | | | | | | | |

Total: 221
Toppers $ Total: 166
Cash Total: 90
Voucher Total: 0

Grand Total from both
Pgs. 311

Date: Tuesday 6/25/13
$2

Cash Register
1's = 15
5's = 9
10's = 8
20's = 150
=15

001729

## Dancer Check-In

| # | Dancer | Scheduled Time | Arrival Time | Late | Check In | Fine | Rolled | Pre-paid | Topper | Cash | Voucher | Pre-paid Used | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | India | 7:00 | | | 7:00 | | | | | | | | mg |
| 2 | Karisma | 7:00 | 6:45 | | | | | | 20 | | | | mg |
| 3 | Layla | 7:00 | 7:15 | | 7:15 | 7:30 pd | | | 20 | | | | mg |
| 4 | | | | | | | | | | | | | mg |
| 5 | Leah | 7:00 | 7:10 | | 7:30 | | | | 30 | 3 | | | mg |
| 6 | Lisa | 8:00 | 8:45 | | 8:00 | 7:00 20 pd | | | 22 | | | | mg |
| 7 | Shelby | N/S | 6:45 | | 7:00 | 7:00 20 pd | | | 22 | | | | mg |
| 8 | Lexi | N/S | 7:20 | | | | | | | 30 | | | mg |
| 9 | London | N/S | 7:25 | | | | | | 16 | 4 | | | mg |
| 10 | Emma | N/S | 8:15 | | 8:10 | | | | 47 | | 30 | | — |
| 11 | | | | | | | | | | | | | mg |
| 12 | | | | | | | | | | | | | |
| 13 | Athena | shw | 8:10 | | 9:00 | | | | | | | | |

**Cash Register**
1's = 
5's = 130
10's = 
20's = 
Total = 130

Grand Total from both
Pgs. 313

Total: 263
Toppers $ Total: 176
Cash Total: 87
Voucher Total: 30

Date: 8-27-13 Tuesday

001765

## Dancer Check-In

| # | Dancer | Scheduled Time | Arrival Time | Late | Check In | Fine | Rolled | Pre-paid | Topper | Cash | Voucher | Pre-paid Used |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Sunshine | 12:00 | 12:00 | | 12:00 | | | | | 50 | | |
| 2 | Essence | 12:00 | 12:00 | | 12:00 | 20 | | | | | | 50 |
| 3 | India | 12:00 | 1:45 | | 2:15 | | | | | 50 | | |
| 4 | Karisma | 12:00 | 12:00 | | 12:00 | | | | | 50 | | |
| 5 | Blaze | 12:00 | 12:00 | | 12:00 | | | | 50 | | | |
| 6 | GG | 12:00 | | | 4:10 | 20 | | 110 | | | | |
| 7 | Selena | 12:00 | | | 4:10 | 20 | | | 50 | | | 50 |
| 8 | Leah/Tayla | 12:00 | | | 2:10 | | | | | 50 | | |
| 9 | Staci | 12:00 | | | 12:15 | | | | 50 | | | 50 |
| 10 | Andrea | 12:00 | | | 2:50 | | | | | | | 50 |
| 11 | Adora | 12:00 | 12:00 | | 12:10 | | | | | 50 | | 50 |
| 12 | Heather | 12:00 | 12:00 | | 12:10 | | | | | 50 | | |
| 13 | Emma | 1:00 | | | | | | | | | | 50 |
| 14 | Poison | 2:00 | 2:00 | | 2:15 | | | | | | | 50 |
| 15 | Daisy | 2:00 | 2:30 | | 2:45 | | | | | 50 | | 50 |
| 16 | Lexi | 2:00 | | | 3:45 20 120 | | | | | | | |
| 17 | Peyton | 2:00 | 3:30 | | 1:00 | | | | | | | 50 |
| 18 | Sagan | 2:00 | 12:30 | | 12:20 | | | | | 50 | | |
| 19 | London | 3:00 | 12:15 | | 3:45 | | | | 50 | | | 50 |
| 20 | Georgia | 3:00 | 3:30 | | 12:45 | | | | 50 | | | |
| 21 | Chloe | 3:00 | 12:45 | | 4:00 | | | | | | | 50 |
| 22 | Nia | 4:00 | 4:00 | | 4:00 | | | | | 50 | | 50 |
| 23 | Sky | 4:00 | 4:00 | | 12:10 | 20 | | | 50 | 50 | | |
| 24 | Lisa | N/S | 12:00 | | 1:30 | 20 | | | 50 | 50 | | |
| 25 | Alexa | N/S | 1:00 | | 1:30 | | | | 50 | 50 | | |

Cash Register

Total: 650 + (1)55 + 1/6 copay 716
Toppers $ Total: 55 * (1 ck.) All prepaid
Cash Total: 650
Voucher Total: 0
Prepaid Total: 650

Grand Total from both Pgs. H.S. $2,111

Date: 9.7.13 GAME DAY

001772

## Dancer Check-In

| # | Dancer | Scheduled Time | Arrival Time | Late | Check In | Fine | Rolled | Pre-paid | Topper | Cash | Voucher | Pre-paid Used | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Carmen | 2:00 | 2:20 |  | 2:20 | 15 cash |  |  |  | 50 |  |  | HS |
| 2 | Sasha | 2:00 | 1:50 |  | 2:00 |  |  |  |  | 50 |  |  | S |
| 3 | Essence | 2:00 | 1:50 |  | 2:00 |  |  |  |  | 50 |  | cc/voucher | S |
| 4 | Cosma | 2:00 | 2:00 |  | 2:00 |  |  |  |  |  |  | cc/voucher | S |
| 5 | Blaze | 2:00 | 2:50 |  | 2:50 | 10 |  |  |  | 50 |  | 50 voucher | S |
| 6 | Sky | 2:00 | 3:10 |  | 3:00 |  |  |  |  |  |  |  | S |
| 7 | Layla | 2:00 | 1:50 |  | 2:00 |  |  |  |  | 50 |  |  | S |
| 8 | Emma | 2:00 | 4:10 |  | 4:50 | 20 |  |  |  | 50 |  |  | S |
| 9 | Sierra | 2:00 | 2:50 |  | 2:00 |  |  |  |  | 25 |  | 25 voucher | S |
| 10 | Raven | 3:00 | 3:50 |  | 3:00 |  |  |  |  | 50 |  |  | S |
| 11 | Autumn | 3:00 | 3:00 |  | 3:30 | 10 cash |  |  |  |  |  |  | S |
| 12 | Emmi | 4:00 | 3:50 |  | 3:50 |  |  |  |  | 50 |  |  | S |
| 13 | Alecia | 4:00 | 4:00 |  | 4:00 |  |  |  |  | 50 |  | cc/voucher | S |
| 14 | Ena | 4:00 | 4:50 |  | 4:50 |  |  |  |  |  |  |  | S |
| 15 | Mystique | 4:00 |  |  |  |  |  |  |  |  |  |  | S |
| 16 |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 17 | Tulsa | 4:00 | 4:00 |  | 4:00 |  |  |  |  | 50 |  |  | S |
| 18 | Lauren | 5:00 | 5:00 |  | 5:00 |  |  |  |  | 50 |  |  | S |
| 19 | Nevada | 5:00 | 5:15 |  | 5:15 |  |  |  |  |  |  |  | S |
| 20 | Georgia | 5:00 | 5:00 |  | 5:00 |  |  |  |  | 50 |  |  | S |
| 21 | Isa | 5:15 | 5:00 |  | 5:00 |  |  |  |  |  |  |  | S |
| 22 | Heather | 5:15 | 4:50 |  | 5:00 |  |  |  |  | 50 |  | cc/voucher | S |
| 23 | Andrea | 5:30 | 5:10 |  | 5:00 |  |  |  |  | 50 |  |  | S |
| 24 |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 25 |  |  |  |  |  |  |  |  |  |  |  |  |  |

Cash Register
1's = X
5's = 150
10's = 150
20's = 40
Total = 340

Total: 915
Toppers $ Total: 0
Cash Total: 915
Voucher Total: 300
cc: 50

Grand Total from both pgs. 1605

Date: 9/21/13

001780

# Dancer Check-In

| # | Dancer | Scheduled Time | Arrival Time | Late | Check In | Fine | Rolled | Pre-paid | Topper | Cash | Voucher | Pre-paid Used | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Carmen | 11 | 11:45 | 45 | 11:45 | 30 | | | | | | 30 cash | |
| 2 | Sunshine | 11 | 12 | | 12:00 | | | | | | | | |
| 3 | Essence | 11 | 10:50 | | 11:15 | | | | | 30 | | 30 cash | |
| 4 | Blaze | 11 | 11 | | 11:15 | | | | | | | 30 cash | |
| 5 | Mila | 11 | 10:50 | | 11 | | | | | | | 30 cash | |
| 6 | Heather | 11 | 11:00 | | 11:10 | | | | | | | 30 cash | |
| 7 | Adora | | 11:50 | | 8:05 | | | | | | | | |
| 8 | Rylee | 12 | 12 | | 12:30 | 40 | | 180 T190 | | 30 | | | |
| 9 | Mustang | 12 | 12 | | 8:15 | | | | | 30 | | | |
| 10 | Andrea | 12 | 12 | | 12:15 | | | | | 50 | | | |
| 11 | Rhia | 12 | 12:45 | | 1:00 | 10 | | | | 30 | | | |
| 12 | Tasha | | 12 | | 8:15 | 30 | | | | 30 | | | |
| 13 | Lorian | | 12 | 12 | 12:20 | 20 | | | | | | 30 cash | |
| 14 | Athena | 3 | 12:30 | | 3:10 | | | | | 50 | | | |
| 15 | Sugar | 3 | 10:50 | | 11:10 | | | | | 30 | | | |
| 16 | Poison | 3 | 12:30 | | 3:00 | | | | | 30 | | 30 cash | |
| 17 | Emma | 3 | 4:00 | | 4:15 | | | | | 30 | | | |
| 18 | Georgia | 5 | 4:30 | | 4:45 | | | | | 30 | | | |
| 19 | Lisa | 9 | 3:25 | | 3:50 | 100 | | | | | | | |
| 20 | Miranda | 9 | 11:15 | | 11:30 | | | | | 30 | | 50 cash | |
| 21 | Ashley | N/A | 12:00 | | 1:00 | | | | | 30 | | | |
| 22 | Kimmie | N/A | 2:05 | | 2:30 | | | | | 50 | | 50 cash | |
| 23 | Giselle | N/A | 4:05 | | 4:15 | 60 | | | | | | | |
| 24 | | | | | | | | | | | | | |

Grand Total from both Pgs.: 214 + 110 = 225(?)

Total: 494 + 110 = 604   416
Toppers $ Total: 814
Cash Total: 480 + 110 = 590   480   310
Voucher Total: 0

Date: 9/28/13

001784

Register

## Dancer Check-In

| # | Dancer | Scheduled Time | Arrival Time | Late | Check In | Fine | Rolled | Pre-paid | Topper | Cash | Voucher | Pre-paid Used | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Essence | 11 | 11:30 | | 12:00 | | | | | | | 50 | |
| 2 | Karisma | 11 | 11:00 | | 11:15 | | | | | 50 | | 1 | |
| 3 | Blaze | 11 | 10:30 | | 11:00 | | | | | 50 | | 50 | |
| 4 | Chanel | 11 | 10:30 | | 10:45 | | | | | 1 | | 1 | |
| 5 | Layla | 11 | 11:30 | | 11:45 | | | | | 50 | | 50 | |
| 6 | Heather | 11 | 10:30 | | 11:00 | | | | | 1 | | 50 | |
| 7 | Kimmie | 1 | 12:50 | | 1:10 | | | | | 50 | | 1 | |
| 8 | Peyton | 1 | 12:30 | | 1:00 | 40 | | | | 1 | | 50 | |
| 9 | Athena | 1 | 12:30 | | 12:50 | | | | | 60 | | 1 | |
| 10 | Sayen | 3 | 2:20 | | 12:00 | | | | | 60 | | 50 | |
| 11 | Kylie | 3 | 3:10 | ok | 2:30 | | | | | 50 | | 1 | |
| 12 | Poison | 3 | 3:15 | | 3:30 | | | | | 1 | | 50 | |
| 13 | Adora | 5 | 3:15 | | 3:30 | | | | | 50 | | 1 | |
| 14 | Andrea | 5 | 4:50 | ok | 7:00 | | | | | 50 | | 50 | |
| 15 | RXL | 5:00 | 7:30 | | 6:00 | | | | | 1 | | 1 | |
| 16 | London | 6:00 | 7:30 | | 6:00 | 50 | | | | 50 | | | |
| 17 | Lisa | 1 | 1:30 | | 2:00 | | | | | 50 | | | |
| 18 | Khloe | 1 | 2:30 | | 3:00 | | | | | 50 | | | |
| 19 | Miranda | 1 | 6:50 | | 7:00 | | | | | 50 | | | |
| 20 | Emma | | 7:40 | | 7:00 | *50 | | | | 1 | | | |
| 21 | Georgia | | 4:50 | | 5:05 | | | | | 50 | | | |
| 22 | Princess | | 2:00 | | 3:15 | up to | | | | 50 | | | |
| 23 | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | |

Cash Register
5's = 
10's = 150
20's = 40
Total = 340

Grand Total from both Pgs. 700

Total: 700
Toppers $ Total: 0
Cash Total: 700
Voucher Total: 0

Date: 10-18-13

001791

## Dancer Check-In

| # | Dancer | Scheduled Time | Arrival Time | Late | Check In | Fine | Rolled | Pre-paid | Topper | Cash | Voucher | Pre-paid Used |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Essence | L | 7:00 | | 7:30 | $40+40 pd | | | | 30 | | |
| 2 | India | L | 7:00 | | 7:10 | $10 pd | | | 20 | 30 | | |
| 3 | Mimi | L | 9:45 | | 9:45 | | | | 20 | | | |
| 4 | Adria | L | 9:45 | | 9:45 | | | | 20 | | | |
| 5 | Sophie | L | 9:45 | | 9:45 | | | | 20 | 20 | | |
| 6 | Ashley | L | 9:45 | | 9:45 | | | | 20 | 20 | | |
| 7 | Rylie | L | 9:45 | | 9:45 | | | | | | | |
| 8 | Andrea | 9:00 | 9:45 | | 9:45 | | | | | | | |
| 9 | London | | | | | | | | | | | |
| 10 | Poison | N/A | 9:40 | | 9:45 | | | | 30 | 30 | | |
| 11 | Heather | N/A | 9:40 | | 9:45 | | | | 20 | 20 | | |
| 12 | Bree | N/A | 9:40 | | 7:15 | | | | 10 | | | |
| 13 | Georgia | N/A | 7:00 | | 7:15 | | | | 20 | 20 | | |
| 14 | Prynces | N/A | 7:00 | | 7:30 | $10 pd | | | | | | |
| 15 | Mariah | N/A | 7:10 | | | | | | | | | |

Grand Total from both Pgs. 491

Total: 390  
Toppers $ Total: 260  
Cash Total: 195  
Voucher Total:  
Fine $80+70

Date: 1/30/14

001852

Cash Register  
1's = 135  
5's =  
10's =  
20's =  
Total =

## Dancer Check-In

| # | Dancer | Scheduled Time | Arrival Time | Late | Check In | Fine | Rolled | Pre-paid | Topper | Cash | Voucher | Pre-paid Used | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Sophie | 7 | 6:50 | | 7:00 | | | | | 20 | | | |
| 2 | Cutter | 7 | | | 7:00 | | | | 20 | 20 | | | |
| 3 | Ashley | 7 | | | 7:05 | | | | 20 | | | | |
| 4 | Ada | 7 | NCNS | | NCNS | | | | | | | NCNS | |
| 5 | Shyla | 7 | 7:00 | | 7:30 | | | | 33 | | | | |
| 6 | | 8 | | | | 4800 | | | | | | | |
| 7 | London | 8 | | | | | | | | | | | |
| 8 | Georgia | 9 | | | | | | | 60 | | | | |
| 9 | Autumn | 9 | 10:45 ?r | | 11:00 | | | | 33 | | | | |
| 10 | Alex | 9 | 7:00 | | 7:46 | | | | | 80 | | comp | |
| 11 | Heather | 9 | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | |
| 13 | | Cutter | | | | | | | | | | | |

Grand Total from both
Pgs. 330

→ Total: 236
Toppers $ Total: 174
Cash Total: 62
Voucher Total:

Date: 4/23/14

001899

Cash Register
1's = 100
5's = 50
10's = 50
20's =
Total =

## Dancer Check-In

| # | Dancer | Scheduled Time | Arrival Time | Late | Check In | Fine | Rolled | Pre-paid | Topper | Cash | Voucher | Pre-paid Used | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Star | 7 | 6:30 | | 7:05 | | | 137 9 | | 20 | | | BDW |
| 2 | Ruby | 7 | 6:35 | | 7:15 | | | | 8 | | | | SL |
| 3 | Mandi | 7 | 6:30 | | 7:25 | 50 | | | 22 | | | | SL |
| 4 | Candence | 7 | 6:45 | | 7:05 | | | | 22 | | | | SL |
| 5 | Heather | 7 | 6:30 | | 7:05 | | | | 22 | 20 | | | SL |
| 6 | Jasmine | 7 | 6:30 | | 7:10 | | | | | 33 | | | SL |
| 7 | Daisy | 7 | 8:25 | | 7:45 | 20 (open) | | | (om) | | | | BDW |
| 8 | Vienna | 7 | 6:55 | | 7:05 | | | | 45 | | | | BDW |
| 9 | Aria | 8 | 8:00 | | 8:45 | | | | | | | | BDW |
| 10 | London | 9 | 9:10 | | 9:15 | | | | 30 | 88 | | | SL |
| 11 | Athena | 9 | 6:50 | | 7 | | | | 22 | 6 | | | SL |
| 12 | Ava | N/A | | | | | | | 16 | 6 | | | |
| 13 | Scope | N/A | 6:30 | | | | | | | | | | |

Cash Register
1's = 168
5's = 21 (105)
10's = 5 (50)
20's = 1
Total = 343.

Grand Total from both
Pgs. 533.00

Total: 343.00
Toppers $ Total: 190
Cash Total: 153.00
Voucher Total: 0

Date: 08-13-14

001962

## Dancer Check-In

| # | Dancer | Scheduled Time | Arrival Time | Late | Check In | Fine | Rolled | Pre-paid | Topper | Cash | Voucher | Pre-paid Used | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Missy | 7 | 6:30 | | 6:55 | | | | | 80 | | | BW |
| 2 | Pearl | 7 | | | | | | | | | | | BW |
| 3 | Cadence | 7 | | | | | | | | | | | BW |
| 4 | Heather | 7 | 6:40 | | 7:07 | | | | 22 | | | | BW |
| 5 | Rylie | 7 | 6:30 | | 7:10 | | | | 22 | | | | BW |
| 6 | Luna | 7 | 6:35 | | 7:05 | | | | 33 | | | | BW |
| 7 | Bri | 7 | 6:30 | | 7:15 | 20Roll | | | 33 | | | | BW |
| 8 | Brittany | 7 | 8:45 | | 9:10 | 20Roll | | | 88 | 30 | | | BW |
| 9 | Nia | 7 | 6:40 | | 7:10 | | | | | 30 | | | BW |
| 10 | Kenya | 8 | 8:05 | | 8:15 | 20Roll | | | 33 | | | | BW |
| 11 | Robyn | 8 | 8:05 | | 8:15 | 25Roll | | | 33 | | | | BW |
| 12 | Tania | 8 | 8:00 | | 8:15 | | | 50cash | 31 | 3 | | | BW |
| 13 | Angela | 8 | 7:30 | | 8:02 | | | | | | | | BW |
| 14 | Ava | 8 | 7:30 | | 8:00 | | | | 44 | | 40 | | BW |
| 15 | Essence | 9 | 8:50 | | 8:15 | | | | 44 | | | | BW |
| 16 | London | 9 | 8:45 | | 9:03 | | | | 44 | | 40 | | BW |
| 17 | Alex | 9 | 8:45 | | 9:05 | | | | | | | | BW |
| 18 | Autumn | 9 | 8:45 | | 9:15 | | | 30cash | | 30 | | | BW |
| 19 | Lila | 9 | 8:15 | | 9:15 | | | | | 100 | | | BW |
| 20 | Summer | NTS | 6:45 | | 7:00 | | | | | | | | BW |
| 21 | CJ | | 9:50 | | 10:00 | | | | | | | | BW |
| 22 | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | |

Cash Register
1's = 100
5's = 30(150)
10's = 15(150)
= 2(40)
440.00

Grand Total from both
Pgs. 1066.00

Total: 766.00
Toppers $ Total: 339.00
Cash Total: 427.00
Voucher Total: 100.00

Date: 10-3-2014

001988

## Dancer Check-In

| # | Dancer | Scheduled Time | Arrival Time | Late | Check In | Fine | Rolled | Pre-paid | Topper | Cash | Voucher | Pre-paid Used | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Athena | 10 | 6:45 | | 7 | | | | 22 | 15 | | | MP |
| 2 | Rhianna | 7 | 6:45 | | 7 | | | | 7 | 18 | | | MP |
| 3 | Carrina | 7 | 6:45 | | 7 | | | | 2 | 20 | | | AT |
| 4 | Jenna | 7 | 7 | | 7:15 | | | | 21 | 10 | | | MP |
| 5 | Lenelan | 7 | 7 | | 7:15 | | | | | | | | |
| 6 | Aya | 8 | 7:40 | | | | | | 23 | 8 | | | MP |
| 7 | Missy | 7 | 7:40 | | | 4 | | | 33 | | | | MP |
| 8 | Kenya | 7:15 | 7:45 | | | | | | 33 | | | | MP |
| 9 | Ericka | 7:15 | 7:15 | | | | | | 33 | | | | MP |
| 10 | Ana | 8 | 8:45 | | 9 | 40 | | | 44 | | | | MP |
| 11 | Alex | 8 | 8:45 | OFD | | | | | 44 | | | | MP |
| 12 | Kendall | 8 | 8:45 | OFD | 9:15 | | | | can't use | 50 | | | MP |
| 13 | Autumn | 10 | 8:30 | | 10 | 40 | | | | | | | MP |
| 14 | Gigi | 8 | 9:45 | | 8 | | | | 55 | | | | MP |
| 15 | Kim | NIS | NIS | | | | | | 55 | | | | MP |
| 16 | Daisy | 10 | 10 | | 10:01 | | | | | | | | MP |
| 17 | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | |
| 25 | | | | | | 80 | | | 399 | 75 | 50 | | |

Cash Register
1's = 80
5's = 145
10's = 150
1's = 40
1's = 455

Grand Total from both
Pgs. 534

Total: 474
Toppers $ Total: 399
Cash Total: 75
Voucher Total: 50
Fine 80 cash

Date: 10/24/15

002115

## Dancer Check-In

| # | Dancer | Scheduled Time | Arrival Time | Late | Check In | Fine | Rolled | Pre-paid | Topper | Cash | Voucher | Pre-paid Used | Initials |
|---|--------|----------------|--------------|------|----------|------|--------|----------|--------|------|---------|---------------|----------|
| 1 | Piper | 7 | 6:45 | | 7 | | | | 22 | | | | GS |
| 2 | Chelsea | 7 | 6:45 | | 7 | | | | 22 | | | | MP |
| 3 | Seviana | 7 | 7:20 | | 7:15 | | | | 22 | | | | MP |
| 4 | Janzene | 7 | 7:30 | | 7:25 | | | | 33 | | | | MP |
| 5 | Alex | 7 | 7:45 | | 7:55 | 20 | | | 33 | Mmm | | | MP |
| 6 | Ava | 8 | | | 8 | | | | 30 | | | | MW |
| 7 | Mistu | 9 | | | 8:15 | | | | 30 | Mmm | | | MW |
| 8 | London | 9 | 8:45 | | 8:15 | 20 | | | 30 | | | | MW |
| 9 | GA | 9 | 8:45 | | 8 | | | | 44 | | | | MW |
| 10 | Autumn | 10 | 9:45 | | 9:15 | | | | 44 | | | | MW |
| 11 | Daisy | N/S | 10 | | 9:15 | | | | 44 | First night | | | MW |
| 12 | Amely | N/S | 10 | | 10:15 | | | | SS | | | | MW |
| 13 | Athena B | N/S | 10 | | 10:15 | | | | | | | | |
| | | | | | | 40 | | | 409 | 9 | | | |

Grand Total from both pgs. 528

Total: 418
Toppers + Total: 409
Cash Total: 9
Voucher Total: —
AMT 40

Date: 10/28/15

Cash Register
1's = 100
5's = 100
10's = 100
? = 40
?40

002119