# EXHIBIT J

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

CHRISTIE BURRELL, individually, and on behalf of all others similarly situated,

    Plaintiff,

v.

TOPPERS INTERNATIONAL, INC., a Domestic Profit Corporation, DARNELL LEWIS GARDNER, individually, and SANDRA GARDNER, individually,

    Defendants.
_____/

CIVIL ACTION NO.  3:15-cv-00125--CDL

JURY TRIAL DEMANDED

## DECLARATION OF CHRISTIE BURRELL

I, Christie Burrell, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 as follows:

1. I am over the age of eighteen years old, and I make this declaration under penalty of perjury.

2. I worked for Toppers International, Inc., a strip club or gentlemen's club, from February 2012 through November 2015.

3. I worked as an Exotic Dancer/Entertainer.

4. The location where I worked is 100 N Jackson Street, Athens, GA.

5. My primary job duties included dancing and entertaining Toppers' customers.

6. Toppers has a single long main stage on which the entertainers were required to dance by rotation.

7. The rotation is determined by the order in which the entertainers checked in at the DJ booth when arriving. The DJ called the dancers to the stage in this order, written on a board in the booth.

8. An entertainer is required to take the stage when her name is called, and must dance 3 consecutive songs on stage to complete a "stage set."

9. The order written on the board could change, so we had to check it throughout our shift.

10. Regardless of the reason, if an entertainer failed to appear on stage by the middle of the first song, or failed to make an effort to get on stage, she was reprimanded and fined.

11. The DJ sometimes called one entertainer or several entertainers on stage at the same time.

12. When entertainers danced on stage, the entertainers received cash tips from the customers. Tips were split among the entertainers on stage for each set.

13. Entertainers are integral to the operation of Toppers.

14. If no entertainers show up for a shift, Toppers would be unable to operate its business as a strip club.

15. I declare under penalty of perjury that the aforementioned is true and correct. Executed this 3 day of March, 2017 in Clarke County, Georgia.

_____
CHRISTIE BURRELL

Scanned by CamScanner