# EXHIBIT K

# DANCER & ENTERTAINER INDEPENDENT CONTRACTORS AGREEMENT

Agreement made (date) 3/25/12 between Topper's International Inc. a Georgia Corporation hereinafter referred to as "Operator" and (dancer name) Athena hereinafter referred to as "Independent Contract Entertainer or Dancer", whose Federal Tax Identification Number or Social Security Number, as the case may be is ▇▇▇▇.

## Recitals

A. At such time as Independent Contract Entertainers or Dancers are performing services under this contract, such Independent Contractors are required to comply with the following house rules.

1. It is and always will be the policy of Topper's International Inc. to create and maintain within this gentlemen's club a totally warm, friendly, and hospitable atmosphere. At no such time should any patron feel threatened or intimidated.

2. It is the intention of "Topper's International" to respect and abide by all the rules and laws set down by local, state, and federal laws enforcement agencies that govern conduct for public places engaged in the adult entertainment business. With this in mind "Topper's International" has created the following set of rules and polices for all times. All Independent Contract Entertainers or Dancers must have a valid Independent Business Contractors License issued by Athens Clark County.

3. Prostitution is illegal in Clark County, Georgia. Any Independent Contract Entertainer or Dancer seen or heard soliciting a customer for the purpose of prostitution within "Topper's International's" property will have their "Independent Contract Agreement" terminated immediately.

4. Under no circumstances will any Independent Contract Entertainer or Dancer be allowed to leave in the company of a patron.

5. When performing on stage, Independent Contract Entertainers or Dancers must dance in a sensual, erotic, yet artistic manner. At no time may the Independent Contract Entertainer or Dancer perform any act that can be construed by the law as being lewd or indecent, including any physical contact the Independent Contract Entertainer or Dancer has with patrons.

6. Under no circumstance will the possession, use or distribution of illegal drugs by any Independent Contract Entertainer or Dancer be tolerated in or on the property of "Topper's International".

Scanned by CamScanner

7. Any Independent Contract Entertainer or Dancer reporting for their shift under the influence of drugs or alcohol will not be tolerated.
8. Management reserves the right to inspect all Independent Contract Entertainer or Dancer packages, purses and backpacks coming in or going out of the building.
9. Management reserves the right to inspect all lockers, including its contents, used by Independent Contract Entertainers or Dancers.
10. What has been previously stated are the policies, rules and regulations for Independent contractor's to dance or entertain at "Topper's International". Any violation of these policies, rules, or regulations is grounds for immediate termination of this Independent Contract.
11. By affixing her signature to this document the Independent Contract Entertainer or Dancer is stating that she has read, understands and agrees to abide to all that has been specified in this document and the General House Rules consisting of conduct and activities that must be followed by Independent Contract Entertainers or Dancers and covers such as matters as comportment with the Disc Jockey, Lap Dancing Lounge, Executive Lounge and Stage.

B. Operator desires that Independent Contract Entertainer provide the forgoing services and acts at places designated by Operator with the view and understanding, however, that as an Independent Contractor Entertainer she has the right and privilege of reasonable time and place availability to the extent necessary to comply with the Independent Contractor provisions of the Internal Revenue Code. Independent Contract Entertainer or Dancer understands and agrees that performances and activities carried on by Independent Contract Entertainer or Dancer shall be available for observation by anyone paying the appropriate access fee and by the execution hereof waives any claim of privacy or exploitation and hereby grants the absolute right to Operation to use her likenesses in any form or fashion deemed appropriate by Operator in the advertisement or activity of the business.

C. Entertainer agrees to perform these services as an Independent Contract Entertainer or Dancer for Operator under the terms and conditions set forth above and in this statement.

In consideration of the mutual promises set forth herein, it is hereby agreed by and between Operator and Independent Contract Entertainer or Dancer.

1. <u>Recitals</u>   The foregoing Recitals are included in this Agreement as though fully set forth again.

2. <u>Relationship of the Parties</u>   the parties to this agreement intend that the relationship between them created by this agreement is that the Operator and Independent Contract Entertainer is in no

Scanned by CamScanner

respects the employee, agent or servant of Operator. Operator is interested only in the results obtained under this agreement. The manner and means of conducting the work are under the sole control of the Independent Contract Entertainer within the guidelines of Georgia law. None of the benefits provided by Operator to its employees, included but not limited to, compensation insurance, workman's compensation insurance and unemployment insurance are available from Operator to Independent Contract Entertainer and Independent Contract Entertainer shall be solely and entirely responsible for her acts during the performance of this agreement.

3. **Description of Work**

The specific work to be performed by Independent Contract Entertainer includes all services generally and usually performed by Independent Contract Entertainer in her line of business and as more particularly set forth in Recitals A, B and C hereof.

4. **Operator's Right Of Supervision & Inspection**

In the performance of the work herein contemplated, Independent Contract Entertainer is an independent contractor with the authority to control and direct the performance of the details of the work. Operator being interested only in the results obtained. However, the work contemplated herein must meet the approval of Operator and shall be subject to Operators general right of performance quality acceptance and general supervision while performing the work designated herein. Independent Contract Entertainers agree to comply with all federal, state and municipal laws, rules and regulations that are now and may in the future become applicable to Independent Contract Entertainer or the work and activities of Independent Contract Entertainer in operations covered in this Agreement or occurring out of the performance of such

Scanned by CamScanner

operations. The actual performance and supervision of all work hereunder shall be by Independent Contract Entertainer, but Operator shall designate representatives who shall at all times have access to the location of the work for the purpose of observing the work performed by Independent Contract Entertainer in the accordance with the provision hereof. Such representatives shall be empowered to act for Operator in all matters relating to Independent Contract Entertainer's performance of the work undertaker hereunder.

5. **Liability, Insurance & Indemnification**

Independent Contract Entertainer shall take all precautions necessary and shall be responsible for the work performed hereunder.

Independent Contract Entertainer agrees to maintain such insurance as will fully protect both Independent Contract Entertainer and Operator from any and all claims under any workman's compensation act or employer liability laws and public liability insurance, including but not limited to vehicles, casualty and public liability insurance in an amount and form acceptable to Operator to protect or for personal injury, including death, made by anyone whomsoever, that may arise from operations carried on under this Agreement.

Independent Contract Entertainer hereby indemnifies Operator against all liability or loss and against all claims or actions based upon or rising out of damage or injury, including death, to persons or property caused by or sustained in connection with the performance of this Agreement or by conditions created thereby or upon any violations of any statute, ordinance, building code or regulation, as well as the defense of any such claims or actions. Independent Contract Entertainer hereby also indemnifies Operator against all liability and loss in condition with, and shall assume full responsibility for payments of all federal, state and local taxes or contributions imposed or required under workman's compensation insurance, unemployment insurance, Social Security and income tax laws.

"Operator"
Topper's International Inc.

"Independent Contract Entertainer"
"Dancer"

*[signature]*

# Independent Contract Re-Instatement Fee's

_____ has been caught doing the following inappropriate activity on (date)_____ by _____. Failure to pay Independent Contract Re-Instatement Fee will result in Independent Contract Termination. Any drug related instances will result in immediate contract termination.

1. $10 — Use of cellular phone while on the floor
2. $10 — Missing stage call
3. $20 — Missing stage call 2nd time
4. $40 — Missing stage call 3rd time
5. $40 — Straddling a customer (one foot must always remain on the floor)
6. $40 — Allowing a customer to touch you while performing a lapdance
7. $40 — Sliding your g-string to the side
8. $20 — Not having your top on when you are not dancing
9. $40 — Having your face in a customer's pelvis area
10. $60 — Allowing a customer to have his shirt or pants undone
11. $100 — Leaving with a customer
12. $40 — Any type of abuse towards a customer
13. $40 — Any type of negative gestures towards a customer while on stage
14. $20 — Not dancing while on stage
15. $100 — Any type of fondling of a customer
16. $20 — Any type of insubordination towards management
17. $40 — Not notifying bar staff before entering Executive Room
18. $10 — Not notifying manager or DJ before getting ready to leave
19. $20 — Taking your shoes off during a stage performance or floor dance
20. $10 — Chewing gum on stage
21. $20 — Physical contact with a customer for longer than 15 seconds while dancing

Scanned by CamScanner

22. $20 — Staying on your knees for longer than 10 seconds
23. $20 — Inappropriate behavior during a lap dance or stage performance
24. $50 — Bringing alcoholic beverages on the premises
25. $100 — Being sent home for being too intoxicated
26. $100 — Drug paraphernalia on premises
27. $50 — Fighting with another dancer
28. $200 — No call no show
29. $50+ — Underage Drinking

Signature of Manager- _____

Signature of Dancer- _____

Total Re-Instatement Fee- _____

Scanned by CamScanner

# Independent contract Re-instatement Fee's

_____ has been caught doing the following inappropriate activity on (date) _____by_____. Failure to pay Independent Contact Re-Instatement Fee will result in Termination. Any drug related instances will result in immediate contract termination.

1. $10   Use of cell phone while on the floor
2. $10   Missing stage call
3. $20   Missing stage call for 2nd time
4. $40   Missing stage call for 3rd time
5. $40   Straddling a customer on the floor(one foot must always remain on On the floor)
6. $40   Allowing a customer to touch you while performing a lap dance
7. $40   Sliding your G-string to the side
8. 20    Not having your top on when you are not dancing
9. $40   Having your face in a customers' pelvis area
10. $60  Allowing a customer to have his shirt or pants undone
11. $100 Leaving with a customer
12. $40  Any type of abuse towards a customer
13. $40  Any type of negative gestures toward a customer while on stage
14. $40  Not dancing while on stage
15. $100 Any type of fondling of a customer
16. $20  Any type of insubordination towards management
17. $40  Not notifying bar staff before entering an executive Room
18. $10  Not notifying Management and Dj before getting ready to leave
19. $20  Taking your shoes off during a stage performance or floor dance
20. $10  Chewing gum on stage
21. $20  Physical contact longer than 15 seconds while dancing
22. $20  Staying on your knees for longer than 10 seconds
23. $20  Inappropriate behavior during lap dance or stage performance
24. $50  Bringing alcoholic beverages on premises
25. $100 Being sent home for being too intoxicated

EXHIBIT C

Scanned by CamScanner

26. $100 Drug paraphernalia on premises
27. $50 Fighting with another dancer
28. $200 No call No show
29. $50+ Underage Drinking
30. $10-1000   Anything that management deems worthy (ex: lying, stealing, deception, etc.)

Signature of Management_____

Signature of Dancer_____

Total Re-Instatement Fee_____

Scanned by CamScanner

# Dancer General Information

## Contacts:

TOPPERS: 706-613-0504 (OPEN AT 7PM MON-SAT)

Wed & Thurs. BRANDI: 706-338-5594   Mon, Tues. & Sat., Friday Kim 706-391-0811

## Shifts:

- You must work 4 days per week, with one of those shifts being Monday, Tuesday, or Wednesday to be able to work the weekend shifts. The only exception is if you attend school or work another job. Proof must be provided of your special situation. We must have proof! i.e... Work schedule or school schedule (that means a work schedule from your job or a print off from your school web site or registration office). IF you have proof and wish to only work the 3 days per week then you are still responsible for the fourth day house fee.
- You must arrive at work with hair and makeup done in a presentable manner. The only exception to this rule is if you arrive early and are still able to check in with the front door by your scheduled time. (For example, if you are scheduled at 7 pm, you cannot arrive at 6:45 and think you will have enough time to be ready at 7pm)
- When you arrive at work, check in with the door girl and pay your house fee upon arrival. If you are unable to pay your house fee then you are not allowed to work. The only exception will be is if you have documented proof, at that time, of an absence for being sick, death, etc. You must pay your house fee as soon as possible if your excuse is allowed.
- Once you check in, immediately go to the dressing room and get dressed(ready to work with expected attire and makeup)
- You have 15 minutes from your scheduled time to do your second check in with the door girl(s) and with the DJ. After your second check in you must immediately go onto the floor. Thus, the importance of being ready upon arrival at work. Failure to check in the second time of your scheduled shift,

Scanned by CamScanner

you will be charged an extra $10.00 for every 15 minutes that you are not fully ready and checked in with the door girl(s) and the DJ.

- For example, if your schedule time is 7 PM:
1st check in is 6:45 with the door upon arrival… Then you must check in again with the door and DJ at 7:15
- Late charges are as follows: First late charge is 10.00 for check in between 7:16 and 7:30. The second late fee is <u>another</u> 10.00 between 7:30 and 7:45 and the third late fee is <u>another</u> 10.00 between 7:45 and 8:00. So the amount of the house fee will be the amount of late charges PLUS the house fee for the next house fee time.
- **REMEMBER if you cannot work- you MUST notify the club house moms or you will receive a $200.00 fine for a "NO CALL NO SHOW".**
- If you must call out you will be required to have an excuse. Calls that you make to the house moms must be between 4-5 pm. If you do not call between those times it will make it hard to have your scheduled shift covered. Possible fines may result from the owner if you do not follow protocol. Finding someone to cover your shift for you might save you from a fine.

### TIP-OUT:
House fees:
Arrival at 7pm:     $20.00
Arrival at 8pm:     $30.00
Arrival at 9pm:     $40.00
Arrival at 10pm:   $50.00

### Staff tip out:
DJ: $10.00 or 10% whichever is greater

Bouncers: Monday- Thursday: $5.00 + (dependent upon money made)
Friday and Sat. - $10.00+ (dependent upon money made)

Scanned by CamScanner

House mom: $5.00 + (dependent upon money that was made)

If you haven't made over $100.00 then tip the minimum, but if you have made over that, then go off percentages. We expect all the dancers to be honest about their earnings for tip out percentages.

### Stage Sets:

- You are expected to dance for 3 songs per your set. By the second song, you should be topless and by the third song you should be down to your G-string.
- Stay on the inside of the ledge. Do not cross the ledge and touch the customers. Fines for this will begin at $10.00 and go up from there.
- Must stay on the stage after third song of your set until the next dancer comes onto stage. For example, it is your third song and you are done dancing. You must stay until someone comes to relieve you.
- If you decide not to follow this rule a $20.00 fine will be imposed.
- Must stay up dancing on 1St song! $20.00 fine if not.

### Dances:

Table Dances:
- Cost is $10.00
- Both feet should be on the floor at all times
- No touching the customers
- $10.00 fine will be given for illegal dances and fines will go up from there.

VIP Dances:
- $10.00 wristband must be bought from front door to have access for customers to VIP room.
- Wristbands are only valid for an hour and after the hour is up new wristband must be purchased.
- $30.00 fine will be imposed if customer does not have a wrist band on in VIP

**Scanned by CamScanner**

- Each lap dance cost $30.00 per song
- Topless, contact dance
- Must remove shoes for the dance, no exceptions!
- You are not excused from stage sets while in the VIP
- After 2 AM the customer no longer needs to have a wristband.

**Executive Rooms:**

- The room must be established through the waitress on duty.
- For the duration of your executive room, you are excused from your stage sets.
- Remove your shoes.
- You must inform the DJ that you have an executive room so that he may dismiss you from the rotation for the time that you are in the executive room.
- You must not leave the room during the time that you are in executive for bathroom breaks, smoking breaks, etc. The only time that you are allowed to leave is if the customer is in violation of the rules and you must leave immediately and get mgmt. or bouncer.
- Fees:
  ½ hour: $25.00 room fee
  Minimum $150.00 for the dance

  -1 hour: $50.00 room fee
  Minimum $300.00 for the dance

**Topper's Dollars:**

- In house currency that customers can acquire from their credit cards at the bar. They may use this currency during executives, VIP dances, table dances, or to tip on stage.

Scanned by CamScanner

- Note that when paying house fees you must add one dollar for every ten dollars that you pay for house fees due to the 10% take off.
  For example: If you pay $20.00 for house in Topper's dollars you will need to add two more Topper's dollars ( or real dollars) to make that amount acceptable for your house fee payment.
- They may be used for house fees, staff tip-outs, drinks that you purchase at the bar, or you may ask for a voucher. (Which will be turned in for cash but will have a 10% fee taken off).
  A voucher can be turned in eight days after you have received it from the bar, at the beginning of your shift and could possibly be cashed that same night after the club closes. NOTE: this is not a guarantee!! You may turn it in until it is cashed.
- Vouchers may also be turned in at the door for house fee prepay system. Or you can keep it with you and turn in daily for house fee.
  NOTE: IF TERMINATED OR FIRED, VOUCHERS ARE NULL AND VOID!!

### Drinking:

- If you are noticeably drunk, you can and will be fined and put on drink restriction.
- When a customer asks you if you would like a drink! Always say YES!!! You may order water, sprite, or a Topper's Shot! *Make sure you always try to make money for the BAR!!!

### Business License:

- After you have been employed for a week then you must obtain a business license to remain employed at Toppers.
- To acquire an Athens business license go to: 375 Satula Ave Athens Ga 30601 (706) 613-3050-You must have the following documents: The business license paperwork and the 2nd and 3rd page has to be signed and notarized before you can pay and receive your license. (Banks etc. will notarize for you) Make sure you have your ID and the price range is between $ 55.00 to 60.00.

Scanned by CamScanner