```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF GEORGIA
                          ATHENS DIVISION
```

| | |
|---|---|
| CHRISTIE BURRELL, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOPPERS INTERNATIONAL, INC., a Domestic Profit Corporation, DARNELL LEWIS GARDNER, individually, and SANDRA GARDNER, individually,<br><br>Defendants. | CIVIL CASE NO.<br>3:15-cv-00125-CDL |

## ORDER ON MOTION FOR APPROVAL

The parties have filed a Joint Motion for Approval of the Parties' Settlement in the above-captioned matter. For the reasons discussed below, the Motion (ECF No. 85) is granted. The case is dismissed with the Court reserving jurisdiction to enforce the parties' settlement.

Pursuant to the Settlement Agreement, after the payment of attorneys' fees and costs, all of the Plaintiffs will receive, after the payment of attorneys' fees and expenses, their full unpaid wages claimed due under the FLSA within a three (3) year statute of limitations plus an equal amount as liquidated damages. Specifically, the Parties have agreed to settle

1

Plaintiffs' claims for a total common fund of $327,500. The breakdown of the common fund is as follows:

    i.   $101,085.47 for unpaid wages to the Plaintiff Class;

    ii.  $101,085.47 for liquidated damages to the Plaintiff Class; and

    iii. $125,329.06 for attorneys' fees[1], administrative and taxable costs, and class administration costs as explained below.

With respect to the amount set aside for the settlement class members (i.e., $202,170.94), each class member who opted in to this case will be paid based on her actual weeks and hours worked, and Defendants will pay each Plaintiff the maximum amount she believes might be due to them for unpaid minimum wages and liquidated damages.

Plaintiffs' counsel will receive $125,329.06 in attorneys' fees/costs ($115,829.06 in attorney's fees and $9,500 in costs and claims administration). The parties agreed that this is a reasonable fee under the circumstances of this case. And the Court agrees.

The Court finds the settlement to be fair and reasonable. Accordingly, the Court approves the settlement agreement between

---

[1] Of this amount, approximately $9,500.00 represents administrative and taxable cost reimbursement, including approximately $1,500.00 in anticipated costs that undersigned counsel will incur in administering the 61 installment settlement payments due under the Settlement Agreement.

the parties, dismisses the case, and retains jurisdiction to enforce the parties' settlement.

IT IS SO ORDERED, this 31st day of August, 2017.

S/Clay D. Land<br>
CLAY D. LAND<br>
CHIEF U.S. DISTRICT COURT JUDGE<br>
MIDDLE DISTRICT OF GEORGIA