UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

CHRISTIE BURRELL, individually, and on
behalf of all others similarly situated,

    Plaintiff,

v.

TOPPERS INTERNATIONAL, INC., a
Domestic Profit Corporation,
DARNELL LEWIS GARDNER, individually,
and SANDRA GARDNER, individually,

    Defendants.
_____/

CIVIL ACTION NO. 3:15-cv-00125-CDL

JURY TRIAL DEMANDED

## STATUS REPORT

Plaintiff, CHRISTIE BURRELL, provides the following Status Report to the Court:

1. On March 22, 2017, Defendant, DARNELL LEWIS GARDNER, filed a Chapter 13 Voluntary Petition in the United States Bankruptcy Court, Middle District of Georgia, Athens Division; Bankruptcy Case No. 17-30333 [D.E. 1].

2. On August 31, 2017, this Court entered an Order on the Parties' Joint Motion for Approval of Settlement [D.E. 86].

3. As of January 5, 2021, Defendant's, DARNELL LEWIS GARDNER, Bankruptcy Case is still pending in the United States Bankruptcy Court, Middle District of Georgia, Athens Division.

4. Further, the United States Bankruptcy Court continued a hearing on a Creditor's Motion for Relief from Stay, and scheduled a hearing on the Trustee's Objection to Motion to Modify Plan after Confirmation.

5. Both aforementioned hearings are set for Wednesday, January 27, 2021.

Respectfully submitted this 5th day of January, 2021.

*/s/ Andrew R. Frisch*
Andrew R. Frisch
Georgia Bar No: 366105
8151 Peters Road, Suite 4000
Plantation, FL 33324
Tel: 954-WORKERS; Fax: 954-327-3013
E-Mail: AFrisch@forthepeople.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of January, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

*/s/ Andrew R. Frisch*
Andrew R. Frisch