UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

CHRISTIE BURRELL, individually, and on
behalf of all others similarly situated,

    Plaintiff,

v.

TOPPERS INTERNATIONAL, INC., a
Domestic Profit Corporation,
DARNELL LEWIS GARDNER, individually,
and SANDRA GARDNER, individually,

    Defendants.
_____/

CIVIL ACTION NO. 3:15-cv-00125-CDL

JURY TRIAL DEMANDED

## STATUS REPORT

Plaintiff, CHRISTIE BURRELL, provides the following Status Report to the Court:

1. On March 22, 2017, Defendant, DARNELL LEWIS GARDNER, filed a Chapter 13 Voluntary Petition in the United States Bankruptcy Court, Middle District of Georgia, Athens Division; Bankruptcy Case No. 17-30333 [D.E. 1].

2. On August 31, 2017, this Court entered an Order on the Parties' Joint Motion for Approval of Settlement [D.E. 86].

3. The United States Bankruptcy Court continued a hearing on a Creditor's Motion for Relief from Stay to a Final Disposition Hearing which occurred on March 23, 2021.

4. On March 23, 2021, the United States Bankruptcy Court entered a Consent Order Conditionally Denying Motion for Relief and the Debtor shall continue making monthly payments until March 23, 2022.

5. As of July 6, 2021, Defendant's, DARNELL LEWIS GARDNER, Bankruptcy Case is still pending in the United States Bankruptcy Court, Middle District of Georgia, Athens Division.

Respectfully submitted this 6th day of July, 2021.

/s/ Andrew R. Frisch
Andrew R. Frisch
Georgia Bar No: 366105
8151 Peters Road, Suite 4000
Plantation, FL 33324
Tel: 954-WORKERS; Fax: 954-327-3013
E-Mail: AFrisch@forthepeople.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of July, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

/s/ Andrew R. Frisch
Andrew R. Frisch